✎Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:** Joshua Paul Stuart Turner          **Case Number:** 2:24CR00790-001

**Name of Sentencing Judicial Officer:**  The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** May 1, 2025

**Original Offense:**  Conspiracy to Straw Purchase and Straw Purchase of a Firearm in violation of 18 U.S.C §§ 932(b)(1), 932(c)(1), and 2

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 20 months followed by 36 months of supervised release.  The defendant was ordered to pay a $100 special assessment.  Special Conditions include: 1) The defendant must submit to substance abuse testing to determine if you have used a prohibited substance. 2) The defendant must satisfactorily participate in and successfully complete an [inpatient/outpatient] substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity). 3) The defendant must satisfactorily participate in and successfully complete a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity). 4) The defendant must contribute to the cost of any substance abuse testing, treatment, location monitoring, and/or other program services if ordered as a condition of supervision not to exceed the amount determined reasonable by the Court-approved U.S. Probation Office's "Sliding Scale for Services," and will cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Type of Supervision:** Term of Supervised Release  **Date Supervision Commenced:** February 20, 2026

**Previous Court Action/Notification(s):**  None.

✎Prob 12A                                                                                      Page 2
  (Rev. 01/2020 - D/SC)

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1) | **Violation No. 1 - New Criminal Conduct:** The defendant is subject to the following condition: You must not commit another federal, state or local crime. |

On March 19, 2026, Joshua Turner was arrested by the Folly Beach Police Department for Driving Under Suspension 3rd Offense and Driving Under the Influence 1st Offense. He consented to field sobriety tests but refused to submit a breath alcohol sample. Mr. Turner was transported to the Sheriff Al Cannon Detention Center. His bond is set at $3092.00.

**U.S. Probation Officer Action:** No action is requested from the Court at this time. Mr. Turner was released from the Bureau of Prisons on February 20, 2026. He is scheduled to appear in the Folly Beach Municipal Court on April 10, 2026. Once released, he will be scheduled for a substance abuse and a mental health assessment. If convicted, the Court will be notified.

*It is respectfully recommended that the violation be held in abeyance until a disposition is rendered. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation.* (New criminal conduct)

Respectfully Submitted,

By:  _____
Paige P. Mathias
U.S. Probation Officer
Charleston Office

Date:  March 23, 2026

Reviewed and Approved By:

Katrina Robinson-Curtis
Supervising U.S. Probation Officer

| | |
|---|---|
| X | Agree with Probation Officer's recommendation |
| | Submit a Request for Modifying the Condition or Term of Supervision |
| | Submit a Request for Warrant or Summons |
| | Other |


Bruce Howe Hendricks
United States District Judge

    March 24, 2026
Date